IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01685-RPM-MJW

ANTHONY JOHNS,

Plaintiff(s),

v.

ACADEMY COLLECTION SERVICE, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 10) is GRANTED. The written Protective Order (docket no. 10-2) is APPROVED and made an Order of Court.

Date: October 8, 2008