**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 08-cv-01685-RPM-MJW**

**ANTHONY JOHNS,**

     **Plaintiff,**

**v.**

**ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,**

     **Defendant.**

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to

Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER

that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's

fees and costs.

     DATED: December 22nd, 2008

                       BY THE COURT:

                       s/ Richard P. Matsch

                       _____
                       Richard P. Matsch, Senior District Judge